No. 84–1567 for divided argument granted to be divided as follows: 20 minutes for appellants in No. 84–1555 and 10 minutes for appellants in No. 84–1567. Request for additional time for oral argument denied.

No. 84–1601. AETNA LIFE INSURANCE CO. *v.* LAVOIE ET AL. Sup. Ct. Ala. [Probable jurisdiction postponed, 471 U. S. 1134.] Motion of Alabama Defense Lawyers' Association for leave to file a brief as *amicus curiae* granted.

No. 84–1602. ANDERSON ET AL. *v.* LIBERTY LOBBY, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 471 U. S. 1134.] Motions of Readers' Digest Association, Inc., and Synanon Church et al. for leave to file briefs as *amici curiae* granted.

No. 84–1644. GOLDEN STATE TRANSIT CORP. *v.* CITY OF LOS ANGELES. C. A. 9th Cir. [Certiorari granted, 472 U. S. 1016.] Motion of National League of Cities et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 84–1728. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. D. C. Cir. [Certiorari granted, 472 U. S. 1026.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 84–1800. WALTERS ET AL. *v.* SPRUYTTE. C. A. 6th Cir.;
No. 85–23. MARYLAND *v.* LODOWSKI. Ct. App. Md.;
No. 85–24. MARYLAND *v.* ELFADL. Ct. Sp. App. Md.; and
No. 85–100. MICHIGAN *v.* BLACKBURN. Ct. App. Mich. Motions of respondents for leave to proceed *in forma pauperis* granted.

No. 84–1880. CITY OF ALCOA ET AL. *v.* MYERS, ON BEHALF OF HERSELF AND HER THREE MINOR CHILDREN, DIXON ET AL. C. A. 6th Cir. Motion of Tennessee Valley Public Power Association for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 84–1907. KAISER ALUMINUM & CHEMICAL CORP. ET AL. *v.* BONJORNO ET AL. C. A. 3d Cir.; and
No. 84–2022. 324 LIQUOR CORP., DBA YORKSHIRE WINE & SPIRITS *v.* MCLAUGHLIN ET AL. Appeal from Ct. App. N. Y. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.